**Order entered December 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01298-CR

### MONTREAX CANTREL WALTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F18-55149-J

## ORDER

The reporter's record was due on October 29, 2018. When it was not filed, we notified court reporter Kimberly Xavier by postcard dated October 31, 2018 and instructed her to file, by November 30, 2018, the reporter's record or written verification that no hearings were recorded or that appellant had not requested the reporter's record. To date, we have not received the reporter's record nor have we had any communication from Ms. Xavier.

We **ORDER** the complete reporter's record filed **BY JANUARY 2, 2019**. We caution Ms. Xavier that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, court reporter, Criminal District Court No. 3; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE